473 A.2d 1014

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION**

v.

**Jimmy V. MAYLE, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 1984.

Decided April 5, 1984.

### ORDER

PER CURIAM.

Appeal from 76 Pa.Cmwlth. 277, 463 A.2d 1239, dismissed as having been improvidently granted.